UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| hhgregg, Inc., et al.,[1] | ) | Case No. 17-01302-JJG-11 |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| _____ | ) | |
| | ) | |
| WGT V, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adversary Proceeding No. 18-50227 |
| | ) | |
| Gregg Appliances, Inc., The Official | ) | |
| Committee of Unsecured Creditors for | ) | |
| Gregg Appliances, Inc., Wells Fargo | ) | |
| Bank, N.A. and GACP Finance Co., LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**JOINT MOTION TO CONTINUE**
**DECEMBER 18, 2018 PRETRIAL CONFERENCE**

Plaintiff, WGT V, LLC ("Plaintiff"), and Defendants, Gregg Appliances, Inc., The Official Committee of Unsecured Creditors for Gregg Appliances, Inc., Wells Fargo Bank, N.A., and GACP Finance Co., LLC (collectively, the "Defendants"), each by counsel, file their Joint Motion to Continue the December 18, 2018 Pretrial Conference. In support of their motion, the Plaintiff and Defendants state the following:

1. The Plaintiff commenced this action on August 9, 2018 by filing its *Complaint for Declaratory and Other Relief* [Doc 1].

2. The Defendants filed their answers, affirmative defenses and/or counterclaims on

---

[1] The debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: hhgregg, Inc. (0538); Gregg Appliances, Inc. (9508); and HHG Distributing LLC (5875) (collectively, the "Debtors"). The location of the Debtors' corporate headquarters is 755 W. Carmel Drive, Suite 207, Carmel, IN 46032.

19779761.1

September 10, 2018 and September 27, 2018 [Docs, 8, 13, 14, and 37].

3. On November 1, 2018, this Court entered its *Order Setting Pretrial Conference* scheduling a pretrial conference in this matter for December 18, 2018 at 9:30 a.m. and ordering that pretrial reports be filed by December 11, 2018 [Doc 43].

4. By this motion, the Plaintiff and the Defendants request that (i) the deadline for pretrial reports be continued for thirty (30) days; and (ii) the pretrial conference scheduled for December 18, 2018 at 9:30 a.m. be continued for thirty (30) days to a date consistent with this Court's calendar in order to allow the parties time to discuss the issues raised in this matter and to continue to work on a joint pretrial report.

WHEREFORE, Plaintiff and Defendants request that the Court enter an order (i) continuing the deadline for pretrial reports for thirty (30) days; (ii) continuing the pretrial conference scheduled in this matter for December 18, 2018 at 9:30 a.m. for thirty (30) days to a date consistent with this Court's calendar; and (iii) granting all other just and appropriate relief.

Respectfully submitted,

TAFT STETTINIUS & HOLLISTER LLP

By: */s/ Michael P. O'Neil*
Michael P. O'Neil (21478-49)
John R. Humphrey (21678-49)
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
Tel.: (317) 713-3500
Fax: (317) 713-3699
Email:  MONeil@taftlaw.com
Email: JHumphrey@taftlaw.com

*Counsel for WGT V, LLC*

19779761.1                                    2

ICE MILLER LLP

By: */s/ Jeffrey A. Hokanson*
    Jeffrey A. Hokanson (14579-49)
    One American Square, Suite 2900
    Indianapolis, Indiana 46282-0200
    Tel.: (317) 236-2236
    Fax: (317) 592-4809
    Email: Jeff.Hokanson@icemiller.com

    *Counsel for Gregg Appliances, Inc.*


BINGHAM GREENEBAUM DOLL LLP

By: */s/ Whitney L. Mosby*
    Whitney L. Mosby (23691-49)
    Thomas C. Scherer (24-49)
    10 West Market Street, #2700
    Indianapolis, Indiana 46204
    Tel.: (317) 968-5469
    Fax: (317) 236-9907
    Email: wmosby@bgdlegal.com
    Email: tscherer@bgdlegal.com

    *Counsel for The Official Committee of Unsecured Creditors for Gregg Appliances, Inc.*


FAEGRE BAKER DANIELS LLP

By: */s/ Jay Jaffe*
    Jay Jaffe
    600 East 96th Street, Suite 600
    Indianapolis, Indiana 46240
    Tel.: (317) 569-9600
    Fax: (317) 569-4800
    Email: jayjaffe@FaegreBD.com

    *Counsel for Wells Fargo Bank, N.A. and GACP Finance Co., LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 11, 2018 a copy of the foregoing *Joint Motion to Continue December 18, 2018 Pretrial Conference* was filed electronically. Notice of this filing will be sent to registered parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

      */s/ Whitney L. Mosby*
      Whitney L. Mosby