# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | HHGREGG, INC. | | |
| **Case Number:** | 17-01302-JJG-11 | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 18, 2018 09:30 AM   IP 311 | | |
| **Bankruptcy Judge:** | JEFFREY J. GRAHAM | | |
| **Courtroom Clerk:** | | | |
| **Reporter / ECR:** | N/A | | |

## *Matter:*

ADV: 1-18-50227

**WGT V, llc vs Gregg Appliances, Inc.**

Pretrial Conference: Complaint For Declaratory And Other Relief [1],[8],[14],[33],[37],[42]

**R / M #:**   0 / 0

**VACATED:** Joint Motion to Continue December 18, 2018 Pretrial Conference filed December 11, 2018. Pretrial Conference reset to January 29, 2019

## *Appearances:*

NONE

## *Proceedings:*

VACATED: Joint Motion to Continue December 18, 2018 Pretrial Conference filed December 11, 2018. Pretrial Conference reset to January 29, 2019

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED. THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT. IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**